**Order entered July 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00862-CV

**DEBORAH ANN PRUITT, Appellant**

**V.**

**DOROTHY JEAN MULCIHY HYDE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01834-B**

### ORDER

Before the Court is appellant's July 15, 2022 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **August 17, 2022**. We caution appellant that further extension requests will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE